B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Donee Associates, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Studio III** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**58-2499494** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**502 Beaver Creek Ct**<br>**Locust Grove, GA**<br>ZIP Code **30248** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Henry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1209**<br>**McDonough, GA**<br>ZIP Code **30253** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Donee Associates, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)           (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)     Page 3

| **Voluntary Petition** | Name of Debtor(s):<br>**Donee Associates, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Cameron M. McCord**
Signature of Attorney for Debtor(s)

**Cameron M. McCord 143065**
Printed Name of Attorney for Debtor(s)

**Jones & Walden, LLC**
Firm Name

**21 Eighth Street, NE**
**Atlanta, GA 30309**

_____
Address

             **Email: ljones@joneswalden.com**
**404-564-9300  Fax: 404-564-9301**
Telephone Number

**November 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Don Johnson**
Signature of Authorized Individual

**Don Johnson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 29, 2010**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Northern District of Georgia

In re  **Donee Associates, Inc.**   Case No.
                                      Debtor(s)   Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Bank of America**<br>**P.O. Box 15184**<br>**Wilmington, DE 19850-5184** | **Bank of America**<br>**P.O. Box 15184**<br>**Wilmington, DE 19850-5184** | **Credit Card** | | **6,600.00** |
| **Bank of America**<br>**15184**<br>**Wilmington, DE 19850-5184** | **Bank of America**<br>**15184**<br>**Wilmington, DE 19850-5184** | **Credit Card** | | **1,800.00** |
| **Bank of America**<br>**P.O. Box 15184**<br>**Wilmington, DE 19850-5184** | **Bank of America**<br>**P.O. Box 15184**<br>**Wilmington, DE 19850-5184** | **Credit Card** | | **900.00** |
| **FNBC**<br>**210 Baronee St**<br>**New Orleans, LA 70112** | **FNBC**<br>**210 Baronee St**<br>**New Orleans, LA 70112** | **Business Loan** | | **68,509.96** |
| **Gulf Coast Bank & Trust Co**<br>**200 St Charles Ave**<br>**New Orleans, LA 70130** | **Gulf Coast Bank & Trust Co**<br>**200 St Charles Ave**<br>**New Orleans, LA 70130** | **Inventory, Accounts Receivable, Fixtures, Equipment, General Intangibles, Chattel Paper** | | **129,501.00**<br><br>**(0.00 secured)** |
| **Heritage Bank**<br>**P.O. Box 935**<br>**Jonesboro, GA 30237** | **Heritage Bank**<br>**P.O. Box 935**<br>**Jonesboro, GA 30237** | **Accounts Receivables, Inventory, Furniture, Fixtures, Equipment, General Intangibles** | | **40,765.00**<br><br>**(0.00 secured)** |
| **Home Depot**<br>**P.O. Box 9903**<br>**Macon, GA 31297** | **Home Depot**<br>**P.O. Box 9903**<br>**Macon, GA 31297** | **Credit Card** | | **5,800.00** |
| **Konica Minolta Premier Finance**<br>**One Deerwood**<br>**10201 Centurion Pkwy N Ste 100**<br>**Jacksonville, FL 32256** | **Konica Minolta Premier Finance**<br>**One Deerwood**<br>**10201 Centurion Pkwy N Ste 100**<br>**Jacksonville, FL 32256** | **Copier Lease** | | **19,710.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Donee Associates, Inc.**  
　　　　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Pitney Bowes**<br>P.O. Box 856390<br>Louisville, KY 40285 | **Pitney Bowes**<br>P.O. Box 856390<br>Louisville, KY 40285 | Lease - Stamp Machine | | 1,375.00 |
| **Richard Wilroy**<br>320 Southgate Dr<br>Locust Grove, GA 30248 | **Richard Wilroy**<br>320 Southgate Dr<br>Locust Grove, GA 30248 | Computer Equipment | | 5,000.00<br><br>(Unknown secured) |
| **RREEF REIT AMERICA II CORP. SS**<br>**C/O SEFARTH SHAW, LLP**<br>**1075 PEACHTREE STREET N.E.**<br>**Atlanta, GA 30309** | **RREEF REIT AMERICA II CORP. SS**<br>**C/O SEFARTH SHAW, LLP**<br>**1075 PEACHTREE STREET N.E.**<br>**Atlanta, GA 30309** | Commercial Warehouse Lease (2000-2015) | Unliquidated | 1,080,000.00 |
| **Susquehanna**<br>1566 Medical Dr Ste 201<br>Pottstown, PA 19464 | **Susquehanna**<br>1566 Medical Dr Ste 201<br>Pottstown, PA 19464 | CNC Machine Lease | | 2,000.00 |
| **Transwestern**<br>3340 Peachtree Se NE Ste 1000<br>Atlanta, GA 30326 | **Transwestern**<br>3340 Peachtree Se NE Ste 1000<br>Atlanta, GA 30326 | Commercial Warehouse Lease 2000-2015 (For Notice Only) | Unliquidated | 1,080,000.00 |
| **Wells Fargo**<br>Business Direct Det.<br>MAC U1851-014 | **Wells Fargo**<br>Business Direct Det.<br>MAC U1851-014 | Business Loan | | 21,458.25 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re  **Donee Associates, Inc.**                                                          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 29, 2010**                          Signature  **/s/ Don Johnson**
                                                                **Don Johnson**
                                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
American Express
P.O. Box 981535
El Paso, TX 79998-1535


Bank of America
15184
Wilmington, DE 19850-5184


Bank of America
P.O. Box 15184
Wilmington, DE 19850-5184


Don & Renee Johnson
95 Liberty Industrial Parkway
McDonough, GA 30253


Don Johnson
95 Liberty Industrial Parkway
McDonough, GA 30253


FNBC
210 Baronee St
New Orleans, LA 70112


Gulf Coast Bank & Trust Co
200 St Charles Ave
New Orleans, LA 70130


Heritage Bank
P.O. Box 935
Jonesboro, GA 30237


Home Depot
P.O. Box 9903
Macon, GA 31297
```

```
Konica Minolta Premier Finance
One Deerwood
10201 Centurion Pkwy N Ste 100
Jacksonville, FL 32256



Pitney Bowes
P.O. Box 856390
Louisville, KY 40285



Renee Johnson
95 Liberty Industrial Parkway
McDonough, GA 30253



Richard Wilroy
320 Southgate Dr
Locust Grove, GA 30248



RREEF REIT AMERICA II CORP. SS
C/O SEFARTH SHAW, LLP
1075 PEACHTREE STREET N.E.
Atlanta, GA 30309



Susquehanna
1566 Medical Dr Ste 201
Pottstown, PA 19464



Transwestern
3340 Peachtree Se NE Ste 1000
Atlanta, GA 30326



Wells Fargo
Business Direct Det.
MAC U1851-014
```